THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>TINA MARIE PALAGI,<br><br>       Defendant. | **CR-09-69-GF-BMM**<br><br>**ORDER** |

  Tina Marie Palagi ("Palagi") has moved for early termination of her term of supervised release. (Doc. 53.) The Court conducted a hearing on this motion on May 24, 2023. (Doc. 56.) The Court grants Palagi's Motion for Early Termination of Supervised Release.

  Palagi pleaded guilty to one count of wire fraud/hard money loan schemes and one count of aggravated identity theft, in violation of 18 U.S.C. § 1343 and 18 § 1028A(a)(1), respectively. (Doc. 32); (Doc. 36.) The Court sentenced Palagi in March 2011 to a composite sentence of fifty-seven months' imprisonment, to run

1

consecutively to a previously imposed Montana state district court sentence. (Doc. 41.) The Court also imposed a term of three years of supervised release for each count. (*Id.*) The Court ordered that the terms supervision run concurrently for the two counts. (*Id.*) Palagi began her three-year term supervised release on February 18, 2022. (Doc. 54 at 2.)

Federal law authorizes a defendant to move for termination of her supervised release after successfully completing one year's supervision, so long as the Court is satisfied that termination remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Palagi's supervised release for the reasons stated in open court. Palagi has completed nearly half of her three-year term of supervision, and Palagi's probation officer has commented that Palagi "has done fine on supervision [and] receives good reviews." (Doc. 54 at 2.) Palagi has submitted several letters in support of her Motion, and these letters reflect that she has reestablished connections with her family and community and has begun to build a positive professional career for herself. (*Id.* at 3); (Doc. 54-1.) These successes demonstrate that termination of supervision is warranted.

Accordingly, **IT IS HEREBY ORDERED** that Palagi's Motion for Early Termination of Supervised Release (Doc. 53) is **GRANTED**.

DATED this 31 day of May, 2023.

Brian Morris, Chief District Judge
United States District Court